IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 24-cv-02986-CNS-KAS | Date: November 6, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DONNA STRICKLAND<br>HERIBERT PFEFFERLE<br>**Plaintiffs** | *Reid Jennings* |
| **v.** | |
| AMERICAN FAMILY INSURANCE COMPANY<br>**Defendant** | *Jacquelyn Booker*<br>*India Cravello* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:29 a.m.

Appearance of counsel.

Argument given on [48] Motion for Partial Summary Judgment by Ms. Cravello and Mr. Jennings with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record, it is

**ORDERED: [48] Motion for Partial Summary Judgment is DENIED.**

Discussion held on Final Pretrial Conference. The Court may vacate the conference based on the submission of the Proposed Final Pretrial Order.

**ORDERED: Five-day Jury Trial is set to commence July 12, 2027, at 8:00 a.m. with a Trial Preparation Conference on June 30, 2027, at 11:00 a.m. before the Honorable Charlotte N. Sweeney in Courtroom 702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294.**

Parties are reminded to follow this Court's practice standards as it relates to the Trial Preparation Conference.

**ORDERED:** **Parties are to send a joint email to chambers as to the date of mediation, if set. Within five days after mediation is held, parties are to send a joint email to Chambers as to the status of settlement.**

Court in Recess: 11:09 a.m. Hearing concluded. Total time in Court: 00:40